IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. CATO,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. SECURITY ASSOCIATES,<br><br>    Defendant.<br>_____ / | No. C 11-4345 SI<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

    In an order filed November 22, 2011, the Court granted defendant's motion to dismiss and granted plaintiff leave to file an amended complaint by December 19, 2011. Plaintiff did not file an amended complaint. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: December 23, 2011

SUSAN ILLSTON
United States District Judge