=

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK A. CATO,

        Plaintiff,

  v.

U.S. SECURITY ASSOCIATES,

        Defendant.

No. C 11-4345 SI

**JUDGMENT**

      The Court has dismissed this case without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 23, 2011

SUSAN ILLSTON
United States District Judge