IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK A. CATO,

        Plaintiff,

v.

U.S. SECURITY ASSOCIATES,

        Defendant.

No. C 11-4345 SI

**ORDER DENYING MOTIONS TO REOPEN CASE**

In an order filed November 22, 2011, the Court granted defendant's motion to dismiss and granted plaintiff leave to file an amended complaint by December 19, 2011. Plaintiff did not file an amended complaint. Accordingly, on December 23, 2011, the Court dismissed this case without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff has filed a "motion to reopen case," and a "motion regarding motion to reopen case." The "motion regarding motion to reopen case," filed on April 2, 2012, states that "the motion to reopen the case is not about the [originally named defendant] U.S. Security at this time, it's about their insurance adjuster law office . . . that's been denying my entire claims since 2008 . . . ." Docket No. 22.

The Court DENIES plaintiff's motions regarding reopening this case, as plaintiff failed to prosecute this action. The Court informs plaintiff that if he wishes to pursue the matters mentioned in the April 2, 2012 filing, he must do so in a different lawsuit. If plaintiff wishes to file a new lawsuit, **the Court recommends that plaintiff seek assistance from the Northern District's Pro Se Help Desk (415.782.9000, extension 8657).**

This order resolves Docket Nos. 21 and 22.

**IT IS SO ORDERED.**

Dated: April 3, 2012

SUSAN ILLSTON
United States District Judge